UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| VICTOR TAGLE, | Case No. 2:20-cv-00203-JAD-DJA |
|---|---|
| Plaintiff | ORDER |
| v. | |
| STATE OF NEVADA et al., | |
| Defendants | |

**I.    DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until March 20, 2020, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by March 20, 2020, the Court will dismiss this action without prejudice.

**II.    CONCLUSION**

For the foregoing reasons, IT IS ORDERED that Plaintiff will file his updated address with the Court on or before March 20, 2020.

IT IS FURTHER ORDERED that, if Plaintiff fails to timely comply with this order, the Court will dismiss this case without prejudice.

DATED THIS 19th day of February 2020.

UNITED STATES MAGISTRATE JUDGE